Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, California 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiffs

United States District Court

Eastern District Of California

| | |
|---|---|
| Joe Freitas, Karen Freitas, | Case No. 2:11-cv-01740-KJM-JFM |
| Plaintiffs, | **Joint Stipulation for Filing Plaintiff's First Amended Complaint** |
| vs. | |
| Catholic Healthcare West, a California non-profit public benefit corporation, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Plaintiffs Joe Freitas and Karen Freitas may file an Amended Complaint, a copy of which is attached hereto.

Good cause for granting plaintiffs' request for leave to amend: A typographical error in the original complaint resulted in a claim being plead under the incorrect statute. *See FAC (proposed)*, at ¶26.

DATED: December 1, 2011      DISABLED ADVOCACY GROUP, APLC

 */s/ Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff

DATED: December 1, 2011      DOWNEY BRAND, LLP

 */s/ Elizabeth B. Stallard*
ELIZABETH B. STALLARD
Attorney for Defendant

**Order Granting Plaintiff Leave to File First Amended Complaint**

On December 1, 2011, Plaintiffs Joe Freitas and Karen Freitas and Defendant Catholic Healthcare West jointly stipulated to plaintiffs filing a First Amended Complaint.

//
//
//
//

1
2        Good cause for leave to amend having been shown, IT IS HEREBY
3   ORDERED that Plaintiffs' request for leave to amend is GRANTED.
4   IT IS SO ORDERED.

**Date:** <u>12/7/2011</u>

_____
UNITED STATES DISTRICT JUDGE