Lynn Hubbard III, SBN 69773
Scottlynn J Hubbard IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiffs

United States District Court

Eastern District Of California

| | |
|---|---|
| Joe Freitas, Karen Freitas,       ) | Case No. 2:11-cv-01740-KJM-JFM |
|                                  ) | |
|     Plaintiffs,                  ) | **Joint Stipulation for Filing Plaintiff's** |
|                                  ) | **First Amended Complaint** |
|     vs.                          ) | |
|                                  ) | |
| Catholic Healthcare West, a      ) | |
| California non-profit public benefit ) | |
| corporation,                     ) | |
|                                  ) | |
|     Defendant.                   ) | |
|                                  ) | |

Joint Stipulation

Page 1

1  IT IS HEREBY STIPULATED by and between the parties hereto, through their
2  respective attorneys of record, that Plaintiffs Joe Freitas and Karen Freitas may
3  file an Amended Complaint, a copy of which is attached hereto.
4      Good cause for granting plaintiffs' request for leave to amend: A
5  typographical error in the original complaint resulted in a claim being plead
6  under the incorrect statute. *See FAC (proposed)*, at ¶26.
7
8
9  DATED: December 1, 2011        DISABLED ADVOCACY GROUP, APLC
10
11              */s/ Lynn Hubbard III*
                LYNN HUBBARD III
12              Attorney for Plaintiff
13
14 DATED: December 1, 2011        DOWNEY BRAND, LLP
15
16              */s/ Elizabeth B. Stallard*
                ELIZABETH B. STALLARD
17              Attorney for Defendant
18
19     **Order Granting Plaintiff Leave to File First Amended Complaint**
20
21     On December 1, 2011, Plaintiffs Joe Freitas and Karen Freitas and
22 Defendant Catholic Healthcare West jointly stipulated to plaintiffs filing a First
23 Amended Complaint.
    //
24  //
25  //
26  //
27
28

Joint Stipulation

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    Good cause for leave to amend having been shown, IT IS HEREBY ORDERED that Plaintiffs' request for leave to amend is GRANTED.

IT IS SO ORDERED.

**Date: 12/7/2011**

_____
UNITED STATES DISTRICT JUDGE